

# Fourth Court of Appeals
## San Antonio, Texas

February 13, 2015

No. 04-14-00805-CV

**IN THE INT OF MC, MC, MC, MC, AND MC**, Children,

From the 57th Judicial District Court, Bexar County, Texas
Trial Court No. 2012-PA-02868
Honorable Charles E. Montemayor, Judge Presiding

## O R D E R

This is an accelerated appeal of the trial court's order terminating appellants' parental rights. The appellants' briefs were originally due to be filed on January 27, 2015. On January 27, 2015, both appellants filed a motion requesting an extension of time to file their briefs, asserting that the court reporter responsible for preparing the reporter's record in this appeal, Mr. David Zarate, did not include a record from hearings held on September 26, 2014, and September 29, 2014.

The reporter's record was originally due to be filed in this appeal on December 1, 2014. On January 7, 2015, after being granted extensions of time to file the record, Mr. Zarate filed five volumes of reporter's record which did not include the September hearings. On January 29, 2015, Mr. Zarate was ordered to file supplemental reporter's records from the September 26, 2014 and September 29, 2014 hearings in this court no later than February 9, 2015. Our order noted that this appeal is governed by the standards set forth in Rule 6.2 of the Texas Rules of Judicial Administration, which requires this appeal to be brought to final disposition within 180 days of the date the notice of appeal is filed. TEX. R. JUD. ADMIN. 6.2. The notice of appeal was filed on November 19, 2014.

On February 3, 2015, Mr. Zarate filed a supplemental reporter's record from the September 29, 2014 hearing; however, Mr. Zarate has failed to file a supplemental reporter's record from the September 26, 2014 hearing. It is therefore ORDERED that Mr. Zarate file the reporter's record from the September 26, 2014 hearing in this appeal no later than February 20, 2015.

**IF MR. ZARATE FAILS TO ELECTRONICALLY FILE THE RECORD IN THIS APPEAL AS ORDERED, CONTEMPT PROCEEDINGS SHALL BE COMMENCED AGAINST HIM. WE ORDER THE CLERK OF THIS COURT TO SERVE MR. ZARATE WITH A COPY OF THIS ORDER BY CERTIFIED MAIL, RETURN RECEIPT REQUESTED.**

Because "[t]he trial and appellate courts are jointly responsible for ensuring that the appellate record is timely filed," TEX. R. APP. P. 35.3(c), the clerk of the court is directed to serve a copy of this order on the Honorable Charles E. Montemayor, who presided over the underlying proceeding. Appellants' briefs must be filed no later than twenty days after the supplemental reporter's record is filed.

_____
Sandee Bryan Marion, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 13th day of February, 2015.

_____
Keith E. Hottle
Clerk of Court